# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**UNITED STATES OF AMERICA**

v.	CRIMINAL NO. 1:23-cr-126-DMB-DAS-1

**JACQUET MILLER**

### ORDER SUBSTITUTING COUNSEL

The Federal Public Defender has moved for an order substituting counsel in the above-styled and numbered cause due to a potential conflict of interest. The Office of the Federal Public Defender contacted **Kelsey Dismukes** on **December 6, 2023,** who agreed to be appointed as counsel to represent this defendant in his cause to eliminate any possibility of a conflict of interest and **Kelsey Dismukes** ha**s** agreed to be substituted as counsel for the defendant.

Therefore, IT IS HEREBY ORDERED AND ADJUDGED that:

The Office of the Federal Public Defender is hereby released from the obligation of the representation of this defendant and any other responsibilities concerning the above-styled and numbered cause and that **Kelsey Dismukes** is hereby substituted as counsel of record for the defendant in this cause.

IT IS SO ORDERED this the 6th day of December, 2023.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE